No. 98–6847. GONZALEZ-ALVIRA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6848. SHARMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6850. SUTTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6852. GONZALEZ v. CONSOLIDATED REAL ESTATE INVESTMENTS, DBA L'IL ABNER MOBILE HOME PARK. Sup. Ct. Fla. Certiorari denied.

No. 98–6854. GUNWALL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6856. BUCKLEW v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–6858. TORRES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–6859. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6866. SAUNDERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6868. WYRICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6869. WHETHERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6873. WEST v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6874. CROSSLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6875. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6876. CANINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.